```
                     UNITED STATES BANKRUPTCY COURT
                      NORTHERN DISTRICT OF FLORIDA
                         PANAMA CITY DIVISION
```

IN RE:                                )
                                      )
RACHEL SEGERS                         )  CASE NO.  10-50222-LMK
                                      )     CHAPTER 7
        Debtor.                       )
_____)

## REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 9 | GE Money Bank<br>C/o Recovery Mgmt. Sys. Corp.<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | 23.83 |

Dated: 10/27/11                       /s/ John E. Venn, Jr.
                                      JOHN E. VENN, JR.,
                                      TRUSTEE
                                      FL Bar No. 184992
                                      220 W. Garden St.
                                      Suite 603
                                      Pensacola, FL 32502
                                      (850) 438-0005
                                      Johnevennjrpa@aol.com